IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

RENE LUEVANO FERRELL,

  Defendant.

CRIMINAL FILE NO.
1:14-CR-371-1-TWT

**ORDER**

    This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 36] of the Magistrate Judge recommending granting the Respondent's Motion to Dismiss [Doc. 34]. In his Objections to the Report and Recommendation, the Petitioner seems to be making an argument based upon Johnson v. United States, 135 S. Ct. 2551 (2015). However, the Petitioner was not sentenced as an Armed Career Criminal and no enhancement for committing a "crime of violence" was imposed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondent's Motion to Dismiss [Doc. 34] is GRANTED. The Petitioner's Motion to Stay [Doc. 33] is DENIED as moot.

SO ORDERED, this 25 day of July, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge